1 | Bill Zook
2 | Ted Lyon & Associates
    18601 LBJ Freeway, Suite 525
    Mesquite, TX 75150
3 | Telephone: 972-279-6571
    Facsimile: 972-279-3021
4
5 | Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY MANNING, GARY MANNING AND BRANDON MANNING, A MINOR, | CASE NO. C-07-00376 JF (ASSIGNED TO JUDGE JEREMY FOGAL) |
| Plaintiffs, | |
| v. | **STIPULATION TO RESET CASE MANAGEMENT CONFERENCE** |
| CENTOCOR, INC., AND JOHNSON & JOHNSON, | |
| Defendants. | |

///
///
///
///
//

1  The parties to the above-entitled cause of action have agreed to reset the Case
2  **Management Conference** currently set for June 8, 2007 at 10:30 a.m. to **June 29, 2007 at 10:30**
3  **a.m.**, before the Honorable Judge Jeremy Fogel.

4  Dated: _____

5  AGREED:

8  By: _____
9  **Bill Zook**
   Ted Lyon & Associates
10 18601 LBJ Freeway, Suite 525
   Mesquite, TX 75150
   972-279-6571
11 972-279-3021
   *Attorney for Plaintiffs*

14 By: _____
15 **Robert Bohn**
   Bohn & Bohn LLP
   152 North Third Street, Suite 200
16 San Jose, CA 95112
   408-279-4222
17 Fax: 408-295-2222
   *Attorney for Plaintiffs*

20 By: _____
   **Peter E. Schnaitman**
21 Michael C. Zellers
   Tucker Ellis & West LLP
22 515 South Flower Street, Suite 4200
   Los Angeles, CA 90071-2223
23 213-430-3400
   Fax: 213-430-3409
24 *Attorney for Defendants*

2

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE

1 | The parties to the above-entitled cause of action have agreed to reset the **Case Management Conference** currently set for June 8, 2007 at 10:30 a.m. to **June 29, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.

Dated: May 29, 2007

**AGREED:**

By: /s/ Bill Zook
Bill Zook
Ted Lyon & Associates
18601 LBJ Freeway, Suite 525
Mesquite, TX 75150
972-279-6571
972-279-3021
*Attorney for Plaintiffs*

By: /s/ Robert Bohn by Bill Zook
Robert Bohn
Bohn & Bohn LLP
152 North Third Street, Suite 200
San Jose, CA 95112
408-279-4222
Fax: 408-295-2222
*Attorney for Plaintiffs*

By: _____
Peter E. Schnaitman
Michael C. Zellers
Tucker Ellis & West LLP
515 South Flower Street, Suite 4200
Los Angeles, CA 90071-2223
213-430-3400
Fax: 213-430-3409
*Attorney for Defendants*

1 Bill Zook
Ted Lyon & Associates
2 18601 LBJ Freeway, Suite 525
Mesquite, TX 75150
3 Telephone: 972-279-6571
Facsimile: 972-279-3021    ** E-filed 5/31/07**
4
Attorney for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  KERRY MANNING, GARY MANNING    )  CASE NO. C-07-00376 JF
   AND BRANDON MANNING, A MINOR,  )  (ASSIGNED TO JUDGE JEREMY FOGAL)
10                                )
               Plaintiffs,        )
11                                )
        v.                        )  ORDER RESETTING CASE
12                                )  MANAGEMENT CONFERENCE
   CENTOCOR, INC., AND JOHNSON &  )
13 JOHNSON,                       )
                                  )  DATE:  JUNE 29, 2007
14             Defendants.        )  TIME:  10:30 A.M.
                                  )
15

16     The parties to the above-entitled cause of action having agreed to reset the Case
17 Management Conference currently set for June 8, 2007 at 10:30 a.m.
18     IT IS ORDERED that the **Case Management Conference** is reset to June 29, 2007 at
19 10:30 a.m., before the Honorable Judge Jeremy Fogel.
20 Dated:  5/31/07
                                                        _____
21                                                      Judge Jeremy Fogal

22 Approved to Substance and Form:

23 By:_____
24    Bill Zook, Attorney for Plaintiffs

25 By:_____
26    Robert Bohn, Attorney for Plaintiffs

27 By:_____
28    Peter Schnaitman, Attorney for Defendants

                    ORDER TO RESET CASE MANAGEMENT CONFERENCE

1  Bill Zook
   Ted Lyon & Associates
2  18601 LBJ Freeway, Suite 525
   Mesquite, TX 75150
3  Telephone: 972-279-6571
   Facsimile: 972-279-3021
4
5  Attorney for Plaintiffs

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  KERRY MANNING, GARY MANNING          )   CASE NO. C-07-00376 JF
   AND BRANDON MANNING, A MINOR,        )   (ASSIGNED TO JUDGE JEREMY FOGAL)
10                                      )
                Plaintiffs,             )
11                                      )
           v.                           )   **ORDER RESETTING CASE**
12                                      )   **MANAGEMENT CONFERENCE**
   CENTOCOR, INC., AND JOHNSON &        )
13 JOHNSON,                             )
                                        )   DATE: JUNE 29, 2007
14              Defendants.             )   TIME: 10:30 A.M.
                                        )
15

16    The parties to the above-entitled cause of action having agreed to reset the Case

17 Management Conference currently set for June 8, 2007 at 10:30 a.m.

18    IT IS ORDERED that the **Case Management Conference** is reset to **June 29, 2007 at**

19 **10:30 a.m.**, before the Honorable Judge Jeremy Fogel.

20 Dated: _____                          _____
21                                                 Judge Jeremy Fogal

22 Approved to Substance and Form:

23 By: _____
      Bill Zook, Attorney for Plaintiffs
24
25 By: _____
      Robert Bohn, Attorney for Plaintiffs
26

27 By: _____
      Peter Schnaitman, Attorney for Defendants
28

---
ORDER TO RESET CASE MANAGEMENT CONFERENCE