TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
LINDA G. RONAN - STATE BAR NO. 231003
515 SOUTH FLOWER ST., SUITE 4200
LOS ANGELES, CALIFORNIA 90071-2223
TELEPHONE: (213) 430-3400
FACSIMILE: (213) 430-3409
MICHAEL.ZELLERS@TUCKERELLIS.COM
PETER.SCHNAITMAN@TUCKERELLIS.COM
LINDA.RONAN@TUCKERELLIS.COM

PATTERSON BELKNAP WEBB & TYLER LLP
JOHN D. WINTER – PRO HAC VICE
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
TELEPHONE: (212) 336-2000
FACSIMILE: (212) 336-2222
JWINTER@PBWT.COM

ATTORNEYS FOR DEFENDANTS
CENTOCOR, INC. AND JOHNSON & JOHNSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY MANNING, GARY MANNING AND BRANDON MANNING, A MINOR, <br><br> Plaintiffs, <br><br> v. <br><br> CENTOCOR, INC., AND JOHNSON & JOHNSON, <br><br> Defendants. | Case No. C-07-00376 JF <br> (Assigned to Judge Jeremy Fogel) <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Old Date: July 11, 2008 <br> Time: 10:30 a.m <br><br> New Date: August 22, 2008 <br> Time: 10:30 a.m. |

///

///

///

///

///

TUCKER ELLIS & WEST LLP
515 South Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

LAimanage/30180/00947/611145/1

It is hereby stipulated by and between the parties, by and through their undersigned attorneys, that the case management conference currently set in this matter for July 11, 2008 be continued for the parties to engage in further case resolution discussions.  The parties request that the case management conference be reset in this matter for August 22, 2008 at 10:30 a.m.

DATED:  July 10, 2008                    TUCKER ELLIS & WEST LLP


                                          BY:      /S/ Peter E. Schnaitman
                                                 Peter E. Schnaitman
                                                 Attorneys for Defendants
                                                 Centocor, Inc. and Johnson & Johnson


DATED:  July 10, 2008                    TED B. LYON & ASSOCIATES, PC
                                         BOHN & BOHN


                                          BY:      /S/ Bill Zook
                                                 Ted B. Lyon
                                                 Bill Zook
                                                 Robert H. Bohn, Sr.
                                                 Attorneys for Plaintiffs Kerry Manning,
                                                 Gary Manning, and Brandon Manning

## [PROPOSED] ORDER

The case management conference currently set in this matter for July 11, 2008 is continued to August 22, 2008 at 10:30 a.m.


DATED: July 10, 2008

_____
Honorable Jeremy Fogel
United States District Court

TUCKER ELLIS & WEST LLP
515 South Flower Street
Suite 4200
Los Angeles, CA 90071-2223

2.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

LAimanage/30180/00947/611145/1

# CERTIFICATE OF SERVICE

I, Maria Valdez, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, Suite 4200, Los Angeles, California 90071-2223.  I am over the age of eighteen years, and am not a party to the within action.

On July 10, 2008, I served the following: **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action by:

   __X__   **ELECTRONICALLY VIA ECF** the above-entitled document to be served electronically through the United States District Court, Northern Division ECF website on June 30, 2007 addressed to all parties appearing on the Court's ECF service list.  The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

   __X__   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on July 10, 2008.

                                   /S/ Maria Valdez
                                    Maria Valdez

TUCKER ELLIS & WEST LLP
515 South Flower Street
Suite 4200
Los Angeles, CA 90071-2223

**CERTIFICATE OF SERVICE**

LAimanage/30180/00947/611145/1